VINSON, JONES & FINCH, INC. v. J. H. PUGH AND J. FRANK WOOTEN.

(Filed 11 October, 1916.)

**Pleadings—Demurrer—Fraud—Good Faith.**

In this case the complaint alleged that one of the defendants, with the advice and suggestion of the other, unlawfully, with intent to hinder, delay, and defeat plaintiff's recovery, burnt certain deeds and papers, and it appearing that findings as to good faith were necessary for a proper determination, it is *Held* that the demurrer was properly overruled.

CIVIL ACTION heard upon demurrer at March Term, 1916, of SAMPSON.   A demurrer was interposed by defendant Wooten.   The court, *Bond, J.,* presiding, overruled the demurrer, and said defendant appealed.

*No counsel for plaintiff.*   ·
*T. C. Wooten and G. V. Cowper for defendant Wooten.*

PER CURIAM.   The allegations of the complaint are so very voluminous, and the liability of defendant Wooten depends so much upon his good faith in the discharge of the duty he assumed, that it is difficult to determine it without findings of facts.   The complaint alleges and the demurrer admits that Wooten received a part of the purchase money and afterwards refused to deliver the deed, and "the defendant J. Frank Wooten unlawfully, and with the purpose and intent to hinder, delay, and defeat the plaintiff in its lawful recovery in this action, took said deed, draft, and statement, and with the advice and suggestion of his codefendant,. James H. Pugh, burned the same to prevent the plaintiff and the court from examining and using the same in the trial of this action."

We think his Honor properly overruled the demurrer, and required the defendant to answer.

Affirmed.